# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3038
_____

EDITH RENFROE,

    Appellant,

v.

NATIONSTAR MORTGAGE, LLC, et
al.,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Kevin Blazs, Judge.

March 6, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

George M. Gingo, Titusville, for Appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee; William P. Heller of Akerman LLP, Fort Lauderdale; Celia A. Falzone of Akerman LLP, Jacksonville, for Appellee.